**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SHAKII LEWIS,** | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | |
| | § | **NO. 3:13-CV-05029** |
| **SMITH TEMPORARIES, INC., d/b/a** | § | |
| **CORNERSTONE STAFFING** | § | |
| | § | |
| **And** | § | |
| | § | |
| **FLEXTRONICS AMERICA, LLC,** | § | |
| | § | |
| **Defendants** | § | |
| | § | |

**DEFENDANT'S DISCLOSURE STATEMENT AND**
**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 7.4, Defendant Flextronics America, LLC files this Disclosure Statement and Certificate of Interested Persons.

Flextronics America, LLC is a wholly owned subsidiary of Flextronics International, Ltd. No publicly held corporation holds more than 10% of Flextronics International, Ltd. The following institutional investors hold equity in Flextronics International Ltd., Inc.: Franklin Resources, Inc.; Glenview Capital Management; PRIMECAP Management Company; Prudential Financial, Inc.; and Jennison Associates.

The following are persons and entities that are financially interested in the outcome of this action:

1.      Shakii Lewis, Plaintiff;

2.      Smith Temporaries, Inc., Defendant;

3.      Cornerstone Staffing, Defendant; and

4.    Flextronics America, LLC.

Dated April 10, 2014                 Respectfully submitted,


                                     /s/ Kimberly R. Miers
                                     Kimberly R. Miers (Attorney-in-Charge)
                                     State Bar No. 24041482
                                     Sean M. McCrory
                                     State Bar No. 24078963
                                     LITTLER MENDELSON, P.C.
                                     A PROFESSIONAL CORPORATION
                                     2001 Ross Avenue
                                     Suite 1500, Lock Box 116
                                     Dallas, TX  75201.2931
                                     214.880.8100 (Telephone)
                                     214.880.0181 (Facsimile)
                                     kmiers@littler.com

                                     ATTORNEYS FOR DEFENDANT
                                     FLEXTRONICS AMERICA, LLC,


## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system as follows:

Vijay A. Pattisapu
Charles L. Scalise
Daniel B. Ross
540 East Pleasant Run Road
DeSoto, TX 75115

                                     /s/ Kimberly R. Miers
                                     Kimberly R. Miers

Firmwide:126318378.1 014692.1165


**DEFENDANT'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**
**PAGE 2**